UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

DAMON ANTHONY DASH,

    Debtor.
_____/

Case No. 8:25-bk-06436-RCT

Chapter 7

**CERTIFICATE OF NECESSITY AND REQUEST FOR EMERGENCY HEARING**

    I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matters under consideration and to the best of my knowledge, information, and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matters under consideration are not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**EMERGENCY MOTION TO DETERMINE THAT
AUTOMATIC STAY DOES NOT APPLY, OR, IN THE
ALTERNATIVE, MOTION FOR RELIEF FROM AUTOMATIC STAY**
**\*\*\*Emergency Hearing Request on or before December 29, 2025\*\*\***
**(DOC. NO. 22)**

    There is an urgent need for a hearing on the Emergency Motion.[1] This Emergency Motion is being filed as an emergency because an auction was recently set on non-debtor property on December 30, 2025. The auction costs have been paid for by creditors whose rights are affected. **Accordingly, the Movant requests a hearing on the Emergency on or before December 29, 2025.**

    I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my clients. I further certify that these motions are filed with full understanding of F.R.B.P. 2014, 6003 and 9011 and the consequences of noncompliance with same.

    Dated: December 22, 2025.

                                                 */s/ Megan W. Murray*
                                                 Megan W. Murray

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed in the Emergency Motion.

Florida Bar Number 0093922  
UNDERWOOD MURRAY, P.A.  
100 N. Tampa Street, Suite 2325  
Tampa, Florida 33602  
Tel: (813) 540-8401 │ Fax: (813) 553-5345  
Email: mmurray@underwoodmurray.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, was furnished electronically to those parties registered to receive service via CM/ECF on December 22, 2025, including the United States Trustee, who is registered to receive electronic notices in this case, and emailed or mailed to the following as set forth below:

| **Debtor** | **Debtor's Attorney – Email** |
|---|---|
| Damon Anthony Dash<br>6039 Cypress Gardens Blvd., $620<br>Winter Haven, FL 33834 | Brian D. Zinn<br>Email: brian@zinn.law |
| **Chapter 7 Trustee – Email**<br>Katelyn M Vinson<br>Email: kvinson@jennislaw.com<br>Andrew J Wit<br>Email: awit@jennislaw.com | **U.S. Trustee**<br>United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602 |

/s/ Megan W. Murray  
Megan W. Murray