

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/29/2025 03:00 PM

COURTROOM   8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:25-bk-06436-RCT | 7 | 09/04/2025 |

Chapter 7

**DEBTOR:**    Damon Dash

**DEBTOR ATTY:**   Katelyn Vinson

**TRUSTEE:**    Traci Stevenson

**HEARING:**

Preliminary Hearing on Emergency Motion
to Determine Automatic Stay Does Not Apply, or,
in the Alternative, for Relief from Stay
Re: Assets owned by Poppington, LLC, a
non-Debtor Filed by Megan Wilson Murray on
behalf of Christopher Brown, Muddy Water
Pictures LLC d/b/a Muddy Water Pictures, Inc,
Josh Webber (Doc #22)

**APPEARANCES:**:
AAPPEARANCES: via zoom: Brian Zinn AAPPEARANCES: in person: Megan Murray

**RULING:**
Preliminary Hearing on Emergency Motion
to Determine Automatic Stay Does Not Apply, or,
in the Alternative, for Relief from Stay
Re: Assets owned by Poppington, LLC, a
non-Debtor Filed by Megan Wilson Murray on
behalf of Christopher Brown, Muddy Water
Pictures LLC d/b/a Muddy Water Pictures, Inc,
Josh Webber (Doc #22)

 ...GRANTED - ORDER BY MURRAY...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.