UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No: 8:25-bk-06436-RCT
Chapter 7

DAMON ANTHONY DASH,

Debtor.
_______________________________/

**MOTION FOR ADMISSION OF DAVID M. BANKER TO APPEAR *PRO HAC VICE*, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT**

David M. Banker of Law Offices of David M. Banker, PLLC ("**Movant**"), pursuant to Local Rule 2090-1(c), moves this Court for admission to appear *pro hac vice* in this case, as counsel for party in interest, Everlasting Films, LLC, and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in the State of New York and the State of New Jersey.

2. Movant is also admitted to practice before and is in good standing with the United States District Courts for the Southern District of New York, Eastern District of New York, and District of New Jersey.

3. Movant designates Kathleen L. DiSanto of Bush Ross, P.A., a resident Florida attorney, who is qualified to practice in this Court and who consents to designation as local counsel and consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York, the State of New Jersey, or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Tampa Division of the United States District Court.

7. Within fourteen days from the date of an order granting this motion, I shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, I shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent Everlasting Films, LLC in this case and any related proceedings.

Dated: August 28, 2026

*/s/ David M. Banker*
Law Offices of David M. Banker, PLLC
43 West 43rd Street, Suite 451
New York, NY 10036
(646) 402-5136 (telephone)
New York Bar No. 3926227
New Jersey Bar No. 02733-2000
Email: *dbanker@davidbankerlaw.com*

## CONSENT TO ACT AS LOCAL COUNSEL

I, Kathleen L. DiSanto, an attorney qualified to practice in this Court, consent to designation as the local attorney for David M. Banker and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

Dated: August 28, 2026

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
*Counsel for Everlasting Films, LLC*

By: /s/ Kathleen L. DiSanto
Kathleen L. DiSanto
Florida Bar No. 58512
kdisanto@bushross.com

## FILER'S ATTESTATION

Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Kathleen L. DiSanto, Esq. attests that concurrence in the filing of this paper has been obtained.

*/s/ Kathleen L. DiSanto*
Kathleen L. DiSanto

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- **Emanuel Isaias Flaquer** eflaquer@underwoodmurray.com, euzonwanne@underwoodmurray.com;eflaquer@ecf.courtdrive.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **Megan Wilson Murray** mmurray@underwoodmurray.com, mmurray@ecf.courtdrive.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **Traci K. Stevenson** tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com;tafch7llc@gmail.com
- **Melissa J Sydow** msydow@underwoodmurray.com, msydow@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **United States Trustee - TPA7/13** USTPRegion21.TP.ECF@USDOJ.GOV
- **Katelyn M Vinson** kvinson@leavenlaw.com, bhoch@leavenlaw.com
- **Brian D. Zinn** brian@zinn.law, tracey@zinn.law,jasena@zinn.law
- All parties who receive electronic service via the CM/ECF system

**Via first class United States Mail, postage prepaid, to:**

Damon Dash, 6039 Cypress Gardens Blvd. #620, Winter Haven, FL 33884

*/s/ Kathleen L. DiSanto*
Kathleen L. DiSanto