UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Case No: 8:25-bk-06436-RCT
Chapter 7

DAMON ANTHONY DASH,

Debtor.
_______________________________/

**NOTICE OF COMPLIANCE**

Notice is given that David M. Banker of the Law Offices of David M. Banker, PLLC has complied with the *Order Granting Motion to Appear Pro Hac Vice and Directing Payment to the United States District Court* (Doc. No. 43) entered by the Court on August 28, 2026. The undersigned attests that the Attorney Special Admission Fee in the amount of $150.00 has been paid by check to the Clerk of the United States District Court for the Middle District of Florida.

Dated: Tampa, Florida
September 9, 2026

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Local Counsel for Everlasting Films, LLC

By: /s/ Kathleen L. DiSanto
Kathleen L. DiSanto
Florida Bar No. 58512
*kdisanto@bushross.com*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2026, I electronically filed a true and correct copy of the foregoing Notice of Compliance with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- **Emanuel Isaias Flaquer** eflaquer@underwoodmurray.com, euzonwanne@underwoodmurray.com;eflaquer@ecf.courtdrive.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **Megan Wilson Murray** mmurray@underwoodmurray.com, mmurray@ecf.courtdrive.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **Traci K. Stevenson** tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com;tafch7llc@gmail.com
- **Melissa J Sydow** msydow@underwoodmurray.com, msydow@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;vburbano@underwoodmurray.com;jpatterson@underwoodmurray.com
- **United States Trustee - TPA7/13** USTPRegion21.TP.ECF@USDOJ.GOV
- **Katelyn M Vinson** kvinson@leavenlaw.com, bhoch@leavenlaw.com
- **Brian D. Zinn** brian@zinn.law, tracey@zinn.law,jasena@zinn.law
- All parties who receive electronic service via the CM/ECF system

**Via first class United States Mail, postage prepaid, to:**

Damon Dash, 6039 Cypress Gardens Blvd. #620, Winter Haven, FL 33884

*/s/ Kathleen L. DiSanto*
Kathleen L. DiSanto