**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

DAMON ANTHONY DASH | Case No. 8:25-bk-06436-RCT

Debtor. | Chapter 7

_____________________________________/

**TRUSTEE'S NOTICE OF SUCCESSFUL BIDDER AND BACK-UP BIDDER FOR THE SALE OF THE DEBTOR'S LIFE STORY RIGHTS AND RELATED INTELLECTUAL PROPERTY**

Traci K. Stevenson, the Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel, gives notice as follows:

1. On September 10, 2026, the Court entered its *Order (I) Approving Bidding Procedures and Stalking Horse Agreement, (II) Scheduling an Auction and Sale Hearing, (III) Approving the Form and Manner of Notice, and (IV) Authorizing the Sale of the Debtor's Life Story Rights and Related Intellectual Property Free and Clear of Liens, Claims, and Interests* (Doc. No. 47) (the "Bidding Procedures Order[1]").
2. Under the Bidding Procedures Order, the Stalking Horse Agreement with Everlasting Films, LLC ("Everlasting") for $37,000.00 served as the stalking horse bid.
3. Before the Bid Deadline of September 23, 2026, at 4:00 p.m. (Eastern Time), the Trustee received a timely Qualified Bid from Doug Peters ("Peters") in the amount of $47,000.00.
4. Because a Qualified Bid was received, the Trustee conducted the Auction on October 1, 2026, at 3:00 p.m. (Eastern Time), by remote videoconference. Everlasting and Peters participated as Qualified Bidders. The Auction was transcribed by zoom.

[1] Capitalized terms not defined in this Notice have the meanings given in the Bidding Procedures Order.

5. Bidding opened at Peters' Qualified Bid of $47,000.00 and proceeded in increments of not less than $10,000.00, as required by the Bidding Procedures Order.
6. At the conclusion of the Auction, the Trustee, in the exercise of her business judgment, determined that the bid of Everlasting Films, LLC, in the amount of $550,000.00, is the highest or otherwise best bid and is the Successful Bid.
7. The Trustee further determined that the bid of Peters in the amount of $500,000.00 is the next-highest or otherwise next-best bid and is the Back-Up Bid. Under the Bidding Procedures Order, the Back-Up Bid remains open and irrevocable until the earlier of (i) the closing of the sale to Everlasting or (ii) sixty (60) days after entry of the Sale Order.
8. Because Everlasting is the Successful Bidder, no Break-Up Fee is payable.
9. The Successful Bidder must close within ten (10) days after entry of the Sale Order. If Everlasting fails to timely close, the Trustee may proceed to close with Peters as Back-Up Bidder within ten (10) days thereafter, without further order of the Court.

Dated: October 21st, 2026.

Respectfully submitted,

/s/ Katelyn M. Vinson_______
Katelyn M. Vinson, Esq.
Florida Bar No. 122774
LeavenLaw, P.A.
3900 1st Street North, Suite 100
Saint Petersburg, FL 33703
727-327-3328
kvinson@leavenlaw.com
Attorney for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, a true and correct copy of the foregoing Notice of Hearing has been furnished by electronic delivery or first class U.S. mail to:

U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov

Damon Anthony Dash 6039 Cypress Gardens Blvd #620 Winter Haven, FL 33884
Damon Anthony Dash c/o Mark Roher, Esq. at mroher@markroherlaw.com
Muddy Water Pictures LLC, Christopher Brown, and Josh Webber c/o Megan Murray, Esq. mmurray@underwoodmurray.com
Everlasting Films LLC c/o David Banker at dbanker@davidbankerlaw.com and Kathleen DiSanto at kdisanto@bushross.com

Katelyn M. Vinson, Esq.____
Katelyn M. vinson